# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

135139 & (18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MUSKEGON COUNTY PROSECUTOR,
      Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS,
      Defendant,

and

WAYNE STEVENS,
      Defendant-Appellant.

SC: 135139
COA: 281321
Muskegon CC: 07-045526-AW

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. We DIRECT the Court of Appeals to issue a decision on the appeal before November 30, 2007.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

t1030